**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JAMES DAVIDSON ENTERPRISES, LLC, an Oklahoma Limited Liability Company;<br><br>Plaintiff,<br><br>v.<br><br>BOLT STAR, LLC, a California Limited Liability Company<br><br>Defendant. | **Case No. 21-cv-01091-KJM-DB**<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT** |

The Court being fully advised and for good cause, the parties Stipulation to Extend Deadline to File Joint Status Report is **GRANTED**.

**IT IS HEREBY ORDERED** that the deadline for which the parties must meet and confer regarding the Rule 26(f) Scheduling Conference extended up to and including December 1, 2021.

**IT IS FURTHER ORDERED** that the deadline for the parties to file the Joint Status Report currently due on November 18, 2021 is extended up to and including December 8, 2021; and

**IT IS FURTHER ORDERED** that the Joint Status Conference previously scheduled for December 2, 2021 shall be moved to January 13, 2022 at 2:30 p.m. before the undersigned.

**IT IS SO ORDERED**.

DATED: November 19, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE