

United States District Court
Eastern District of California

| | |
|---|---|
| JAMES DAVID ENTERPRISES, LLC, an Oklahoma Limited Liability Company, <br> Plaintiff(s) <br><br> V. <br><br> BOLT STAR, LLC, a California Limited Liability Company, <br> Defendant(s) | Case Number: 2:21-cv-01091-KJM-DB <br><br><br> APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Nathan C. Brunette hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendant BOLT STAR, LLC, a California Limited Liability Company

On 10/13/2009 (date), I was admitted to practice and presently in good standing in the U.S. District Court for the District of Oregon (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: _____   Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Nathan C. Brunette |
| Law Firm Name: | Stoel Rives LLP |
| Address: | 760 SW Ninth Avenue |
| | Suite 3000 |
| City: | Portland    State: OR    Zip: 97209 |
| Phone Number w/Area Code: | (503) 294-9678 |
| City and State of Residence: | |
| Primary E-mail Address: | nathan.brunette@stoel.com |
| Secondary E-mail Address: | jen.dinucci@stoel.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Thomas A. Woods |
| Law Firm Name: | Stoel Rives LLP |
| Address: | 500 Capitol Mall |
| | Suite 1600 |
| City: | Sacramento    State: CA    Zip: 95814 |
| Phone Number w/Area Code: | (916) 447-0700    Bar # 210050 |

**ORDER**

Dated: December 8, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE



# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

## CERTIFICATE OF GOOD STANDING

I, Mary L. Moran, Clerk of the United States District Court for the District of Oregon,

DO HEREBY CERTIFY

## *Nathan C. Brunette*

was duly admitted to practice in this Court and is in good standing as a member of the bar.

Dated at Portland, Oregon, on November 18, 2021.

MARY L. MORAN
Clerk of Court

By: _____
Elizabeth Potter
Attorney Admissions Clerk