

United States District Court
Eastern District of California

| James Davidson Enterprises, LLC | Case Number: 21-cv-01091-KJM-DB |

Plaintiff(s)

V.

| Bolt Star, LLC | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Evan W. Talley hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, James Davidson Enterprises

On 06/01/2010 (date), I was admitted to practice and presently in good standing in the Oklahoma Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 12/06/2021    Signature of Applicant: /s/ Evan W. Talley

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Evan W. Talley |
| Law Firm Name: | Dunlap Codding, PC |
| Address: | 609 W. Sheridan Avenue |
| City: | Oklahoma City     State: OK     Zip: 73102 |
| Phone Number w/Area Code: | (405) 607-8600 |
| City and State of Residence: | Oklahoma City, Oklahoma |
| Primary E-mail Address: | etalley@dunlapcodding.com |
| Secondary E-mail Address: | litigation@dunlapcodding.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Sherrie M. Flynn |
| Law Firm Name: | Coleman & Horowitt, LLP |
| Address: | 499 W. Shaw Ave., #116 |
| City: | Fresno     State: CA     Zip: 93704 |
| Phone Number w/Area Code: | (559) 248-4820     Bar #: 240215 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 8, 2021

_[signature]_
CHIEF UNITED STATES DISTRICT JUDGE

OKLAHOMA BAR ASSOCIATION

# PROFESSIONAL CERTIFICATE

21-197

STATE OF OKLAHOMA )
) SS.
COUNTY OKLAHOMA )

John Morris Williams, being first duly sworn, deposes and says as follows:

That he is the Executive Director of the Oklahoma Bar Association and, as such, under the Rules of the Supreme Court of Oklahoma Creating and Controlling the Oklahoma Bar Association, is entrusted with the records and files showing the date of admission and the standing of all attorneys admitted to practice by the Supreme Court of Oklahoma.

That the following attorney(s) were admitted to the practice of law by the Supreme Court on the date(s) shown:

Evan William Talley     OBA# 22923     6/1/2010

That each such attorney was thereby admitted to practice in all the State Courts of Oklahoma and is an active member in good standing of the Oklahoma Bar Association.

_____
JOHN MORRIS WILLIAMS
Executive Director

_____
Assistant Records Administrator

December 2, 2021
Date

1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036
office 405.416.7000
fax 405.416.7001
toll free 800.522.8065

www.okbar.org

