

# United States District Court
# Eastern District of California

| James Davidson Enterprises, LLC |
Plaintiff(s)

V.

| Bolt Star, LLC |
Defendant(s)

Case Number: 21-cv-01091-KJM-DB

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Douglas J. Sorocco hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiff, James Davidson Enterprises

On 04/25/1997 (date), I was admitted to practice and presently in good standing in the Oklahoma Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 02/25/2022    Signature of Applicant: /s/ Douglas J. Sorocco

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Douglas J. Sorocco |
| Law Firm Name: | Dunlap Codding, PC |
| Address: | 609 W. Sheridan Avenue |
| City: | Oklahoma City     State: OK     Zip: 73102 |
| Phone Number w/Area Code: | (405) 607-8600 |
| City and State of Residence: | Oklahoma City, Oklahoma |
| Primary E-mail Address: | dsorocco@dunlapcodding.com |
| Secondary E-mail Address: | litigation@dunlapcodding.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Sherrie M. Flynn |
| Law Firm Name: | Coleman & Horowitt, LLP |
| Address: | 499 W. Shaw Ave., #116 |
| City: | Fresno     State: CA     Zip: 73704 |
| Phone Number w/Area Code: | (559) 248-4820     Bar #: 240215 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 14, 2022

_/s/ signature_
CHIEF UNITED STATES DISTRICT JUDGE

# OKLAHOMA BAR ASSOCIATION
Office of the General Counsel

## CERTIFICATE

STATE OF OKLAHOMA )
                               )
COUNTY OF OKLAHOMA )

Gina L. Hendryx, being duly sworn, deposes and says:

That she is the General Counsel of the Oklahoma Bar Association, under the Rules Creating and Controlling the Oklahoma Bar Association as adopted and promulgated by the Supreme Court of the State of Oklahoma, and as such has access to the records and files showing the date of admission and the standing of all attorneys admitted to practice by the Supreme Court. That, as General Counsel of the Oklahoma Bar Association, pursuant to the Rules Governing Disciplinary Proceedings, 5 O.S. Ch. 1, App. 1-A, as adopted and promulgated by the Supreme Court of the State of Oklahoma, she is entrusted with the permanent records of all disciplinary matters affecting attorneys licensed to practice law in the State of Oklahoma.

That DOUGLAS JOHN SOROCCO, OBA #17347, was admitted to the practice of law by the Supreme Court of Oklahoma on April 25, 1997 and is an active member in good standing of the Oklahoma Bar Association. No grievances have been filed against him nor has he ever been subjected to disciplinary action.

Gina L. Hendryx
General Counsel

The foregoing was subscribed and sworn to before me under penalty of perjury pursuant to the laws of the State of Oklahoma on the 16th day of February, 2022 by Gina L. Hendryx.

NOTARY PUBLIC



My Commission Expires:
10/21/23

Commission Number:
19010584



1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036

office 405.416.7007
fax 405.416.7003
toll free 800.522.8065

www.okbar.org